## Mrs. M. Janisco, Appellee, v. First National Bank of Lockport, Appellant.

### Gen. No. 9,649.

Heard in this court at February term, 1941; opinion filed August 7, 1941. Snapp, Heise & Snapp, for appellant; Dorrance D. Snapp and William M. Garvey, of counsel; Ray F. Faulkner and Matthew W. Stefanich, for appellee; Ray F. Faulkner, of counsel. Opinion by JUSTICE DOVE. "Not to be published in full."